BRESWICK & Co. et al., as Stockholders of HARRISON-RYE REALTY CORPORATION, on Behalf of Themselves and All Other Stockholders of Said Corporation Similarly Situated, Respondents, and FLORENCE W. BRILL, as Owner and Holder of Common and Class B Preferred Stock of Said Corporation, et al., Interveners, Appellants, *v.* HARRISON-RYE REALTY CORPORATION et al., Respondents; COMMODORE HOTEL, INC., Impleaded Defendant-Respondent, et al., Defendants.

Submitted November 17, 1952; decided November 25, 1952.

*James D. Hopkins, William F. Bleakley, Hiram C. Todd* and *John J. Dillon* for motions.

*George E. Netter* opposed.

Motions granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.